BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743
Facsimile: (916) 554-2900

Attorneys for the United States of America



FILED

DEC 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ELAINE NORTH, | CASE NO. 2:08-cv-02126-MCE-EFB |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER THEREON** |
| v. | |
| UNITED STATES OF AMERICA, | Trial Date: August 23, 2010 |
| Defendant. | |

COMES NOW Plaintiff Elaine North and Defendant the United States of America, by and through their counsel of record, and hereby STIPULATE to modify the scheduling order to postpone the filing of expert disclosures from December 23, 2009 until January 23, 2010 and the deadline for designating supplemental experts to 20 days after receipt of the initial expert reports under the conditions set forth in the January 21, 2009 Scheduling Order. This requested change is based on the complexity of the medical malpractice issues presented in this matter.

The parties have not previously requested any changes to the January 21, 2009 Scheduling Order and do not currently anticipate requesting any other Scheduling Order changes. The proposed changes in the expert disclosure date and discovery cutoff will not impact any of the other scheduled dates including August 23, 2010 trial as the parties

Stipulation to Modify Scheduling Order        1

will not be filing dispositive motions. Thus, the only proposed changes to the scheduling order are the expert disclosure date and discovery cutoff, all other dates and requirements of the order are unaffected.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 11, 2009                Benjamin B. Wagner
                                        United States Attorney

                              By:       /s/ Jason Ehrlinspiel
                                        JASON EHRLINSPIEL
                                        Assistant United States Attorney
                                        Attorneys for Defendants the United States of America

DATED: December 11, 2009                ABRAMSON, SMITH WALDSMITH, LLP

                              By:       /s/ Eric M. Abramson
                                        ERIC M. ABRAMSON
                                        Attorneys for Plaintiff

### ORDER

Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request for a modification of the January 21, 2009 Scheduling Order and Orders that expert disclosures shall now be continued from December 23, 2009 until January 23, 2010 and that supplemental experts shall be designated within 20 days of receipt of the initial expert reports under the conditions set forth in the January 21, 2009 Scheduling Order .

**IT IS SO ORDERED.**

for  *[signature]*
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation to Modify Scheduling Order        2