1  BENJAMIN B. WAGNER
United States Attorney
2  JASON EHRLINSPIEL
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, California  95814
4  (916) 554-2743 Direct
(916) 554-2900 Facsimile
5

6  Attorneys for the United States

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | ELAINE NORTH,                          | Case No.:  2:08-cv-02126-MCE-EFB
12 |         Plaintiff,                     |
13 | v.                                     | STIPULATION & ORDER
   |                                        | TO CONSENT TO COURT SETTLEMENT
14 | THE UNITED STATES OF AMERICA           | CONFERENCE BEFORE THE
   |                                        | MAGISTRATE JUDGE
15 |         Defendant.                     | **[L. R. 270(b)]**

16

17
        Pursuant to Local Rule 270(b), the parties hereby affirmatively request a court
18
   settlement conference before United States Magistrate Judge Edmund F. Brennan.
19
   The parties hereby waive any claim of disqualification on the basis of Judge
20
21 Brennan serving as the settlement judge.

22      THEREFORE, IT IS STIPULATED AND AGREED by plaintiff ELAINE NORTH
23
   and by defendant THE UNITED STATES OF AMERICA, by and through their
24
   respective counsel, that:
25
        1)  Magistrate Judge Brennan conduct a court settlement conference on
26
27 March 29, 2012 at 9:00 a.m.; and

28

---
Stipulation and Order

1

2) That the parties waive any claim of disqualification on the basis of Judge Brennan serving as the settlement judge for the conference.

Respectfully submitted,

Date: January 20, 2012        /s/ Eric M. Abramson
                              By: Eric M. Abramson

                              Attorneys for Plaintiff ELAINE NORTH


Date: January 20, 2012        BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                              /s/ Jason Ehrlinspiel
                              By: Jason Ehrlinspiel
                              Assistant United States Attorney

                              Attorneys for THE UNITED STATES
                              OF AMERICA

A settlement conference is now set before the undersigned on March 29, 2012 at **10:00 a.m.**  Counsel are directed to submit settlement conference statements not later than seven (7) days prior to the conference.  At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 270(d).  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

DATED:  January 20, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE