1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  (916) 554-2743 Direct
   (916) 554-2900 Facsimile
5
6  Attorneys for the United States
7
                  UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9
10
11 ELAINE NORTH,                    Case No.: 2:08-cv-02126-MCE-EFB
12     Plaintiff,
                                    STIPULATION & ORDER
13 v.                               TO CONSENT TO COURT SETTLEMENT
                                    CONFERENCE BEFORE THE
14 THE UNITED STATES OF AMERICA     MAGISTRATE JUDGE
15     Defendant.                   **[L. R. 270(b)]**
16

17     Pursuant to Local Rule 270(b), the parties hereby affirmatively request a court
18
19 settlement conference before United States Magistrate Judge Edmund F. Brennan.
20 The parties hereby waive any claim of disqualification on the basis of Judge
21 Brennan serving as the settlement judge.
22     THEREFORE, IT IS STIPULATED AND AGREED by plaintiff ELAINE NORTH
23
24 and by defendant THE UNITED STATES OF AMERICA, by and through their
25 respective counsel, that:
26     1) Magistrate Judge Brennan conduct a court settlement conference on
27 March 29, 2012 at 9:00 a.m.; and
28

---

2) That the parties waive any claim of disqualification on the basis of Judge Brennan serving as the settlement judge for the conference.

Respectfully submitted,

Date: January 20, 2012    /s/ Eric M. Abramson
By: Eric M. Abramson

Attorneys for Plaintiff ELAINE NORTH

Date: January 20, 2012    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Ehrlinspiel
By: Jason Ehrlinspiel
Assistant United States Attorney

Attorneys for THE UNITED STATES OF AMERICA

A settlement conference is now set before the undersigned on March 29, 2012 at **10:00 a.m.** Counsel are directed to submit settlement conference statements not later than seven (7) days prior to the conference. At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 270(d). Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

DATED: January 20, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE