1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  (916) 554-2743 Direct
   (916) 554-2900 Facsimile
5

6  Attorneys for the United States

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 ELAINE NORTH,                          Case No.:  2:08-cv-02126-MCE-EFB

12       Plaintiff,
                                          **STIPULATION FOR DISMISSAL
13 v.                                     WITH PREJUDICE; ORDER THEREON**

14 UNITED STATES OF AMERICA,

15       Defendant.

16

17       Pursuant to the terms of a written compromise settlement and release of claims

18 and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-

19 160 of the U.S. District Court for the Eastern District of California, the parties hereby

20 stipulate that the above-captioned action shall be dismissed with prejudice, and that

21 each party shall bear their own costs and fees.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

STIPULATION OF DISMISSAL WITH PREJUDICE

This resolution of the claim disposes of all remaining claims and this matter shall be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jason Ehrlinspiel
Dated: March 19, 2012         By:       JASON EHRLINSPIEL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        UNITED STATES OF AMERICA


Dated: March 19, 2012                   Abramson Smith Waldsmith, LLP

                                        /s/ Eric M. Abramson
                              By:       ERIC M. ABRAMSON

                                        Attorneys for Plaintiff
                                        ELAINE NORTH
```

**IT IS SO ORDERED.**  The Clerk of Court is hereby directed to close the file.

DATE:  March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE