1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON EHRLINSPIEL
3  Assistant U.S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   (916) 554-2743 Direct
5  (916) 554-2900 Facsimile

6  Attorneys for the United States

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 ELAINE NORTH,                     Case No.:  2:08-cv-02126-MCE-EFB

12      Plaintiff,
                                     **STIPULATION FOR DISMISSAL
13 v.                                WITH PREJUDICE; ORDER THEREON**

14 UNITED STATES OF AMERICA,

15      Defendant.

16

17      Pursuant to the terms of a written compromise settlement and release of claims

18 and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-

19 160 of the U.S. District Court for the Eastern District of California, the parties hereby

20 stipulate that the above-captioned action shall be dismissed with prejudice, and that

21 each party shall bear their own costs and fees.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL WITH PREJUDICE

This resolution of the claim disposes of all remaining claims and this matter shall be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   |   |
|   |   | */s/ Jason Ehrlinspiel* |
| Dated:March 19, 2012 | By: | JASON EHRLINSPIEL |
|   |   | Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |
|   |   | UNITED STATES OF AMERICA |

| | | |
|---|---|---|
| Dated: March 19, 2012 | | Abramson Smith Waldsmith, LLP |
| | | */s/ Eric M. Abramson* |
| | By: | ERIC M. ABRAMSON |
| | | Attorneys for Plaintiff |
| | | ELAINE NORTH |

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close the file.

DATE: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE